**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiffs**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br>**Plaintiff,**<br><br>vs.<br><br>**Robert Floyd Reman, et al.**<br><br>**Defendant.** | **CASE NO. 3:09-cv-02560-MMC**<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER** CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO FILE APPLICATION FOR DEFAULT JUDGMENT |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Tuesday, September 29, 2009 at 10:30 a.m. This request will be, and is, necessitated by the fact that defendant Robert Floyd Reman is in default. Plaintiff will soon be filing its Application for Default Judgment.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case Management Conference presently scheduled for Tuesday, September 29, 2009at 10:30 a.m. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: September 17, 2009

_/s/ Thomas P. Riley_
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

1

2

### <u>ORDER</u> (Proposed)

3        It is hereby ordered that the Case Management Conference in civil action number 3:09-cv-02560-

4   MMC styled *J & J Sports Productions, Inc. v. Robert Floyd Reman, et al.*, is hereby ~~vacated.~~

5   continued from September 25, 2009 to December 11, 2009.

6        Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification

7   of Service of this Order with the Clerk of the Court., no later than September 24, 2009.

8         Further, plaintiff is ordered to file, no later than October 16, 2009, an application for default

9   judgment or a statement indicating why it should not be required to do so.

10

11   **IT IS SO ORDERED**:

12

13

14   _____          Dated: September 18, 2009 _____

15   **THE HONORABLE MAXINE M. CHESNEY**

16   **United States District Court**
     **Northern District of California**

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:09-cv-02560-MMC**
**PAGE 3**