IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C-09-2560 MMC |
| Plaintiff, | **ORDER RE: PLAINTIFF'S RESPONSE TO COURT'S ORDER; SETTING DEADLINE TO FILE AMENDED COMPLAINT; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ROBERT FLOYD REMAN, et al., | |
| Defendants | |

By order filed September 18, 2009, the Court directed plaintiff to file, no later than October 16, 2009, an application for default judgment or a statement indicating why it should not be required to do so.

Before the Court is plaintiff's Response, filed October 14, 2009, in which counsel states plaintiff "filed its Amended Complaint" on October 14, 2009 (see Response ¶ 2), and requests the Court "forego specifying the due date for [p]laintiff's Motion for Default Judgment" to afford plaintiff time to serve the Amended Complaint (see id. ¶ 4).[1]

Contrary to the Response, plaintiff did not file an Amended Complaint on October

---

[1] Plaintiff did not provide the Court with a chambers copy of the Response. For future reference, plaintiff is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

14, 2009, or on any other date. Consequently, the Court construes the Response as a statement of plaintiff's intent to file an Amended Complaint. In light of such stated intent, plaintiff need not file an application for default judgment at this time. Plaintiff is, however, DIRECTED to file any Amended Complaint no later than November 13, 2009.

The Case Management Conference is hereby CONTINUED from December 11, 2009 to February 5, 2010. A Joint Case Management Statement, or a Separate Case Management Conference if no defendant has appeared, shall be filed no later than January 29, 2010.

**IT IS SO ORDERED.**

Dated: October 22, 2009

MAXINE M. CHESNEY
United States District Judge