1   **Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
2   **First Library Square**
**1114 Fremont Avenue**
3   **South Pasadena, CA 91030**

4   **Tel:  626-799-9797**
**Fax:  626-799-9795**
5   **TPRLAW@att.net**

6   **Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**
7

8                   UNITED STATES DISTRICT COURT
                            FOR THE
9               NORTHERN  DISTRICT OF CALIFORNIA

10

11  **J & J Sports Productions, Inc.,**              **CASE NO. 3:09-cv-02560-MMC**

12              **Plaintiff,**                        **PLAINTIFF'S *EX PARTE***
                                                  **APPLICATION FOR AN ORDER**
13          **vs.**                                **CONTINUING CASE MANAGEMENT**
                                                  **CONFERENCE; AND ORDER**
14  **Robert Floyd Reman, et al.**                  **(Proposed)**

15

16              **Defendants.**

17  _____

18

19          Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the

20  Status Conference in this action, presently set for Friday, February 5, 2010 at 10:30 A.M. to a new date

21  approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that

    Plaintiff's counsel has recently perfected service on defendant Brian M. Ramirez  on January 25, 2010.
22
    A true and correct copy of the Proof of Service has been filed with this Honorable Court as docket entry
23
    16.
24
           **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case
25
    Management Conference presently scheduled for Friday, February 5, 2010 to a new date approximately
26
    thirty (30) to forty-five (45) days forward.
27  ///

28  ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:09-cv-02560-MMC**
**PAGE 1**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: January 29, 2010

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

<u>**ORDER**</u> **(Proposed)**

2

3      It is hereby ordered that the Case Management Conference in civil action number 3:09-cv-02560-

4   MMC styled *J & J Sports Productions, Inc. v. Robert Floyd Reman, et al.*, is hereby continued from

5   Friday, February 5, 2010 at 10:30 A.M. to a new date of _March 19, 2010_____.

6          Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of

7   Service of this Order with the Clerk of the Court.

8          The parties shall file a Joint Case Management Statement no later than March 12, 2010.

9

10

11   **IT IS SO ORDERED**:

12

13

14   _____      Dated:_January 29, 2010_____

15   **THE HONORABLE MAXINE M. CHESNEY**

16   **United States District Court**
     **Northern District of California**

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:09-cv-02560-MMC**
**PAGE 3**