Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN  DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT FLOYD REMAN, et al., <br><br> Defendants. | Case No. 3:09-cv-02560-MMC <br><br> ORDER GRANTING **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT**; VACATING DEADLINES AND DATES; CONTINUING CASE MANAGMENT CONFERENCE <br><br> FOR:   HON. MAXINE M. CHESNEY |

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety,* and Plaintiff respectfully requests this Court take judicial notice of same.

Settlement documents, including a Stipulation of Dismissal, have been forwarded to the Defendant by Plaintiff's counsel, and Plaintiff's counsel anticipates the Stipulation of Dismissal will be filed with the Court, *promptly*.

///

///

///

Page 1

**WHEREFORE,** the Parties respectfully request that all presently calendared deadlines and appearances, now be vacated.

Respectfully submitted,

Dated: October 28, 2010        */s/ Thomas P. Riley*_____
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

### ORDER

Plaintiff's request for judicial notice of the settlement is GRANTED.

In light of the settlement, the deadlines and dates set forth in the Pretrial Preparation Order are VACATED.

The Case Management Conference is hereby CONTINUED from November 5, 2010 to December 10, 2010, at 10:30 a.m.  The parties are DIRECTED to file a Joint Case Management Statement no later than December 3, 2010.  In the event a Stipulation of Dismissal, or other document dismissing the case, is filed prior to December 10, 2010, the Case Management Conference will stand vacated without further order of the court.

IT IS SO ORDERED.

Dated: November 1, 2010                                      _____
United States District Judge