Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Robert Floyd Reman, et al.,<br><br>Defendant. | CASE NO. CV 09-2560 MMC<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BRIAN M. RAMIREZ, individually and d/b/a GOLDEN Q BILLIARDS A/K/A REMAN & ASSOCIATES<br><br>AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant BRIAN M. RAMIREZ individually and d/b/a GOLDEN Q BILLIARDS A/K/A REMAN & ASSOCIATES that the above-entitled action is hereby dismissed **with prejudice** against BRIAN M. RAMIREZ, individually and d/b/a GOLDEN Q BILLIARDS A/K/A REMAN & ASSOCIATES

///

///

///

///

///

STIPULATION OF DISMISSAL
CV 09-2560 MMC
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 25, 2010

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 10/27/2010

BRIAN M. RAMIREZ
individually and d/b/a GOLDEN Q BILLIARDS
A/K/A REMAN & ASSOCIATES
Defendant

IT IS SO ORDERED:

Dated: November 2, 2010

The Honorable Maxine M. Chesney
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
CV 09-2560 MMC
PAGE 2